UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES KEMP,

Plaintiff,

v.

DANA MARKS, *et al.*,

Defendants.

Case No. 3:25-cv-00434-ART-CSD

ORDER

Nevada prisoner Charles Kemp brings this civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated. (ECF No. 6). Plaintiff's mail from the Court has been returned as undeliverable, noting that he's no longer at Lovelock Correctional Center. (ECF No. 8). Plaintiff's returned mail and the Nevada Department of Corrections inmate database both state that Plaintiff is currently housed at Ely State Prison. The Court will give Plaintiff an extension of time to file his updated address.

Plaintiff is reminded that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." LR IA 3-1. This rule includes when the party is moved to a new institution or released from custody. (See ECF No. 3 at 1). The party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

It is therefore ordered that Plaintiff has until June 26, 2026, to file his updated address with the Court. Plaintiff is advised that this action will be subject to dismissal without prejudice if he fails to update his address by this deadline.

The Clerk of Court is directed to send a courtesy copy of this order to Ely State Prison for the Plaintiff.

DATED: May 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE