UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES KEMP,

                       Plaintiff,

   v.

DANA MARKS, *et al.*,

                  Defendants.

Case No. 3:25-cv-00434-ART-CSD

ORDER

Nevada prisoner Charles Kemp's mail from the Court has again been returned as undeliverable, noting that he's at Ely State Prison. (ECF No. 11). Plaintiff is reminded that he has until June 26, 2026, to file written notice of his updated address with the Court. (*See* ECF No. 9). This action will be subject to dismissal without prejudice if Plaintiff fails to file his updated address by the deadline.

The Clerk of the Court is directed to send a courtesy copy of the Order Setting Inmate Early Mediation Conference (ECF No. 10) to Ely State Prison for Plaintiff Charles Kemp.

DATED: May 29, 2026

_____
UNITED STATES MAGISTRATE JUDGE