**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES KEMP,

Plaintiff

v.

DANA MARKS, et al.,

Defendants

Case No.: 3:25-cv-00434-ART-CSD

**Order**

Re: ECF No. 18

Plaintiff has filed a motion to compel, which essentially asserts that the Attorney General's Office has not timely filed a notice indicating the defendants for whom it accepts service. (ECF No. 18.)

On August 6, 2026, the court entered an order directing the Attorney General's Office to file a notice on or before August 27, 2026, indicating whether it can accept service for any of the named defendants, and if not, to file the last known address under seal for any defendant for whom it does not accept service. (ECF No. 16.) To date, the Attorney General's Office has not filed this notice.

Plaintiff's motion (ECF No. 18) is **GRANTED** insofar as the Attorney General's Office has until **October 8, 2026**, to comply with the order at ECF No. 16 and file a notice indicating the Defendants for whom it accepts service and/or file under seal the last known address for any defendant for whom it does not accept service. **IT IS SO ORDERED**.

Dated: September 28, 2026

Craig S. Denney
United States Magistrate Judge