**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES KEMP,

Plaintiff

v.

DANA MARKS, et al.,

Defendants

Case No.: 3:25-cv-00434-ART-CSD

**Order**

Re: ECF No. 24

On October 7, 2026, Defendants filed their answer to Plaintiff's 42 U.S.C. § 1983 complaint. (*See* ECF No. 22.) On October 16, 2026, Plaintiff filed a reply to the answer. (ECF No. 24.)

Federal Rule of Civil Procedure 7(a) authorizes the filing of a reply to an answer only when ordered by the court. Under Local Rule 7-2(g), a "party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause" and the court "may strike supplemental filings made without leave of court." More generally, the court "may strike documents that do not comply with" the Local Rules. LR IC 7-1.

The court has not ordered Plaintiff to file a reply to Defendants' answer, nor has Plaintiff obtained leave of court to do so. Accordingly, the reply to the answer (ECF No. 24) is hereby **STRICKEN**.

**IT IS SO ORDERED**.

Dated: October 19, 2026

Craig S. Denney
United States Magistrate Judge